# Exhibit 1

**Int. Cl.: 28**

**Prior U.S. Cl.: 22**

**Reg. No. 1,779,746**

# United States Patent and Trademark Office

**Registered June 29, 1993**

## TRADEMARK
## PRINCIPAL REGISTER

## WIZARDS OF THE COAST

WIZARDS OF THE COAST (WASHINGTON CORPORATION)
23815 - 43RD AVENUE SOUTH
KENT, WA 98032

FOR: FANTASY AND ROLE PLAYING GAMES; NAMELY, PARLOR GAMES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 4-1-1992; IN COMMERCE 4-1-1992.

SN 74-218,427, FILED 11-4-1991.

LAVERNE PREDDIE, EXAMINING ATTORNEY

# Exhibit 2

**Int. Cls.: 9, 28, and 41**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 50, 100, 101, and 107**

**Reg. No. 2,130,886**

# United States Patent and Trademark Office

**Registered Jan. 20, 1998**

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# WIZARDS OF THE COAST

WIZARDS OF THE COAST, INC. (WASHINGTON CORPORATION)
841 POWELL AVENUE
RENTON, WA 98055

FOR: MOTION PICTURE FILMS FEATURING FANTASY CHARACTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 10-14-1995; IN COMMERCE 10-14-1995.
FOR: COMPUTER GAME SOFTWARE AND TOYS, NAMELY, STUFFED ANIMALS AND ACTION FIGURES, PLUSH DOLLS, PUPPETS, HAND-HELD PINBALL GAMES, COIN-OPERATED ELECTRONIC AND VIDEO GAMES, NON-ELECTRONIC HAND-HELD ACTION SKILL GAMES, KITES, YO-YOS, TOY BALLOONS, DECORATIVE WIND SOCKS, PUZZLES NOT INCLUDING CROSSWORD PUZZLES, TOY BANKS, ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, NAMELY, CARTRIDGES AND JOYSTICKS, ELECTRONIC GAME PROGRAMS, PLAYER-OPERATED ELECTRONIC VIDEO CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 1-10-1997; IN COMMERCE 1-10-1997.
FOR: ENTERTAINMENT SERVICES, NAMELY, CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF CARD GAMES, CONDUCTING AMATEUR AND PROFESSIONAL TRADING CARD GAME COMPETITIONS, AND CONDUCTING CARD GAME COMPETITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 7-31-1995; IN COMMERCE 7-31-1995.

SN 74-627,034, FILED 1-30-1995.

CHRISTINE BAKER, EXAMINING ATTORNEY

# Exhibit 3

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 3,188,554**
**Registered Dec. 26, 2006**

## United States Patent and Trademark Office

### TRADEMARK
### PRINCIPAL REGISTER

WIZARDS OF THE COAST, INC. (WASHINGTON CORPORATION)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR: TRADING CARDS; PRINTED INSTRUCTIONS FOR PLAYING GAMES AND GAME ACCESSORIES; NOVELS; GAME INSTRUCTION BOOKS; CALENDARS, BINDERS, STICKERS, STATIONERY, STRATEGY GUIDES, AND RULE BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NO. 1,779,746 AND OTHERS.

SER. NO. 76-646,873, FILED 9-15-2005.

HEATHER THOMPSON, EXAMINING ATTORNEY

# Exhibit 4

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38 and 50**

**Reg. No. 3,188,555**

**Registered Dec. 26, 2006**

## United States Patent and Trademark Office

# TRADEMARK
## PRINCIPAL REGISTER

WIZARDS OF THE COAST, INC. (WASHINGTON CORPORATION)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR: PARLOR GAMES, TRADING CARD GAMES, BOARD GAMES, CARD GAMES, FANTASY ROLE PLAYING GAMES, COLLECTABLE TOY ACTION FIGURES AND ACCESSORIES FOR USE THEREWITH; COLLECTABLE TOY FIGURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

OWNER OF U.S. REG. NO. 1,779,746 AND OTHERS.

SER. NO. 76-646,874, FILED 9-15-2005.

HEATHER THOMPSON, EXAMINING ATTORNEY

# Exhibit 5

# United States of America

## United States Patent and Trademark Office

WIZARDS
OF THE COAST

**Reg. No. 6,630,565**

**Registered Jan. 25, 2022**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Wizards of the Coast (DELAWARE LIMITED LIABILITY COMPANY)
1600 Lind Ave SW Ste 100
Renton, WASHINGTON 98057

CLASS 9: Downloadable electronic game software for use on computers, console gaming devices and wireless devices; downloadable electronic publications in the nature of e-books in the field of fantasy adventures

FIRST USE 9-24-2021; IN COMMERCE 9-24-2021

The mark consists of the word "WIZARDS" in a large sloping font above the words "OF THE COAST" in a smaller font.

SER. NO. 90-574,464, FILED 03-11-2021

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# Exhibit 6

# United States of America

## United States Patent and Trademark Office

WIZARDS
OF THE COAST

**Reg. No. 6,630,566**

**Registered Jan. 25, 2022**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Wizards of the Coast (DELAWARE LIMITED LIABILITY COMPANY)
1600 Lind Ave SW Ste 100
Renton, WASHINGTON 98057

CLASS 16: Collectible printed trading cards; printed instructions for playing games and for playing with game accessories; printed game instruction books; printed rule books for games

FIRST USE 9-24-2021; IN COMMERCE 9-24-2021

The mark consists of the word "WIZARDS" in a large sloping font above the words "OF THE COAST" in a smaller font.

SER. NO. 90-574,467, FILED 03-11-2021

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# Exhibit 7

# United States of America

## United States Patent and Trademark Office

WIZARDS
OF THE COAST

**Reg. No. 6,630,567**

**Registered Jan. 25, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Wizards of the Coast (DELAWARE LIMITED LIABILITY COMPANY)
1600 Lind Ave SW Ste 100
Renton, WASHINGTON 98057

CLASS 28: Parlor games, trading card games, board games, card games, fantasy role playing games, collectable toy action figures and accessories for use therewith; collectable toy figures

FIRST USE 9-24-2021; IN COMMERCE 9-24-2021

The mark consists of the word "WIZARDS" in a large sloping font above the words "OF THE COAST" in a smaller font.

SER. NO. 90-574,469, FILED 03-11-2021

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# Exhibit 8

# United States of America

## United States Patent and Trademark Office

WIZARDS

OF THE COAST

**Reg. No. 7,075,959**

**Registered Jun. 06, 2023**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Wizards of the Coast (DELAWARE LIMITED LIABILITY COMPANY)
1600 Lind Ave SW Ste 100
Renton, WASHINGTON 98057

CLASS 41: organizing and conducting game tournaments and entertainment exhibitions in the field of fantasy role playing games and collectible card games

FIRST USE 3-15-2023; IN COMMERCE 3-15-2023

The mark consists of the word "WIZARDS" in a large sloping font above the words "OF THE COAST" in a smaller font.

SER. NO. 90-575,683, FILED 03-12-2021

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

# Exhibit 9

**Int. Cls.: 16 and 28**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 1,969,759**

# United States Patent and Trademark Office

**Registered Apr. 23, 1996**

## TRADEMARK
## PRINCIPAL REGISTER



WIZARDS OF THE COAST, INC. (WASHINGTON CORPORATION)
841 POWELL AVENUE
RENTON, WA 98055

FOR: PRINTED MATTER, NAMELY TRADING CARDS AND STRATEGY GUIDES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-1-1993; IN COMMERCE 8-1-1993.

FOR: PARLOR GAMES, NAMELY CARD GAMES , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-1-1993; IN COMMERCE 8-1-1993.

THE DRAWING OF THE FIVE SPHERES IS LINED FOR THE COLORS, STARTING WITH THE TOP SPHERE AND GOING CLOCKWISE: WHITE, BLUE, BLACK, RED, AND GREEN.

SER. NO. 74-651,765, FILED 3-27-1995.

JEFFREY MARTIN, EXAMINING ATTORNEY

# Exhibit 10

**Int. Cl.: 28**

**Prior U.S. Cl.: 22**

**Reg. No. 1,919,923**

# United States Patent and Trademark Office

**Registered Sep. 19, 1995**

## TRADEMARK
### PRINCIPAL REGISTER

## MAGIC THE GATHERING

WIZARDS OF THE COAST (WASHINGTON CORPORATION)
23815 - 43RD AVENUE SOUTH
KENT, WA 98032

FOR: CARD GAMES AND PRINTED INSTRUCTIONS SOLD THEREWITH, IN CLASS 28 (U.S. CL. 22).

FIRST USE 8-1-1993; IN COMMERCE 8-1-1993.

SER. NO. 74-469,311, FILED 12-13-1993.

PRISCILLA MILTON, EXAMINING ATTORNEY

# Exhibit 11

**Int. Cls.: 9 and 41**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 107**

**Reg. No. 2,834,808**

**United States Patent and Trademark Office**

**Registered Apr. 20, 2004**

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## MAGIC THE GATHERING

WIZARDS OF THE COAST, INC. (WASHINGTON CORPORATION)
1801 LIND AVE SW
RENTON, WA 98055

FOR: MOTION PICTURE FILMS FEATURING FANTASY CHARACTERS, COMPUTER GAME SOFTWARE, COMPUTER GAME PROGRAMS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-1997; IN COMMERCE 4-0-1997.

FOR: ENTERTAINMENT SERVICES, NAMELY, CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF CARD GAMES, CONDUCTING CARD GAME COMPETITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-1998; IN COMMERCE 8-0-1998.

OWNER OF U.S. REG. NOS. 1,919,923 AND 2,155,828.

SN 76-065,170, FILED 6-6-2000.

GINA FINK, EXAMINING ATTORNEY

# Exhibit 12

# United States of America

## United States Patent and Trademark Office

# MAGIC THE GATHERING

**Reg. No. 4,372,679**

**Registered July 23, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

WIZARDS OF THE COAST LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR: DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF E-BOOKS IN THE FIELD OF FANTASY ADVENTURES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-1-2009; IN COMMERCE 11-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,919,923, 3,978,820 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MAGIC", APART FROM THE MARK AS SHOWN.

SER. NO. 85-865,839, FILED 3-4-2013.

KRISTIN DAHLING, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Acting Director of the United States Patent and Trademark Office

# Exhibit 13

# United States of America

## United States Patent and Trademark Office

# MAGIC THE GATHERING

**Reg. No. 4,383,290**

**Registered Aug. 13, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

WIZARDS OF THE COAST LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR: PROVIDING ONLINE PUBLICATIONS IN THE NATURE OF E-BOOKS IN THE FIELD OF FANTASY ADVENTURES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-1-2009; IN COMMERCE 11-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,919,923, 3,978,820 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MAGIC", APART FROM THE MARK AS SHOWN.

SER. NO. 85-790,239, FILED 11-29-2012.

KRISTIN DAHLING, EXAMINING ATTORNEY

Acting Director of the United States Patent and Trademark Office

# Exhibit 14

# United States of America

## United States Patent and Trademark Office

# MAGIC THE GATHERING

**Reg. No. 5,045,728**

**Registered Sep. 20, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RI 02862

CLASS 28: Card games, trading card games, playing cards and accessories for use therewith

FIRST USE 8-1-1993; IN COMMERCE 8-1-1993

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4383290, 2834808, 1919923

SER. NO. 87-020,910, FILED 05-02-2016
GINA CLARK HAYES, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# Exhibit 15

# United States of America

## United States Patent and Trademark Office

# MAGIC THE GATHERING

**Reg. No. 5,191,296**

**Registered Apr. 25, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RI 02862

CLASS 28: Mats for playing board games and card games

FIRST USE 12-31-1996; IN COMMERCE 12-31-1996

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4383290, 2834808, 1919923

SER. NO. 87-191,209, FILED 10-03-2016
LAURA DAWN GOLDEN, EXAMINING ATTORNEY

Michelle K. Lee

Director of the United States
Patent and Trademark Office

# Exhibit 16

# United States of America

## United States Patent and Trademark Office

MAGIC
THE GATHERING

**Reg. No. 5,675,300**

**Registered Feb. 12, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RHODE ISLAND 02861

CLASS 28: Card games; Playing card game accessories, namely, playing card cases, playing card holders, mats for use in connection with playing card games, playing card shuffling devices and dice; Playing cards and card games; Trading card games

FIRST USE 4-21-2018; IN COMMERCE 4-21-2018

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle with the word "MAGIC" in stylized lettering stacked on top of "THE GATHERING" in stylized lettering to the right of the upside down triangle.

OWNER OF U.S. REG. NO. 1919923, 2834808, 4383290

SER. NO. 88-024,538, FILED 07-03-2018

Director of the United States
Patent and Trademark Office

# Exhibit 17

# United States of America

## United States Patent and Trademark Office

MAGIC THE GATHERING

**Reg. No. 5,675,348**

**Registered Feb. 12, 2019**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RHODE ISLAND 02861

CLASS 41: Organizing and conducting live and online card game and trading card game tournaments and entertainment exhibitions in the field of games and fantasy role playing games; entertainment services, namely, providing online computer games and interactive multiplayer online computer games via a global network; providing online publications in the nature of e-books in the field of fantasy adventures

FIRST USE 4-21-2018; IN COMMERCE 4-21-2018

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle with the word "MAGIC" in stylized lettering stacked on top of "THE GATHERING" in stylized lettering to the right of the upside down triangle.

OWNER OF U.S. REG. NO. 1919923, 2834808, 4383290

SER. NO. 88-049,038, FILED 07-23-2018

Director of the United States
Patent and Trademark Office

# Exhibit 18

# United States of America

## United States Patent and Trademark Office

MAGIC

**Reg. No. 6,019,842**

**Registered Mar. 24, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RHODE ISLAND 02861

CLASS 28: Card games; playing card game accessories, namely, playing card cases, playing card holders, mats for use in connection with playing card games, playing card shuffling devices and dice; playing cards and card games; trading card games

FIRST USE 6-00-2019; IN COMMERCE 6-00-2019

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle with the word "MAGIC" in stylized lettering to the right of it.

OWNER OF U.S. REG. NO. 5552178, 5552176, 5552177

SER. NO. 88-161,627, FILED 10-19-2018

Director of the United States
Patent and Trademark Office

# Exhibit 19

# United States of America

## United States Patent and Trademark Office

MAGIC

**Reg. No. 6,031,091**

**Registered Apr. 07, 2020**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RHODE ISLAND 02861

CLASS 41: Organizing and conducting live and online card game and trading card game tournaments and entertainment exhibitions in the field of games and fantasy role playing games

FIRST USE 6-29-2019; IN COMMERCE 6-29-2019

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle with the word "MAGIC" in stylized lettering to the right.

OWNER OF U.S. REG. NO. 5552178, 5552176, 5552177

SER. NO. 88-976,965, FILED 10-19-2018

Director of the United States
Patent and Trademark Office

# Exhibit 20

# United States of America

## United States Patent and Trademark Office

**Reg. No. 6,411,744**

**Registered Jul. 06, 2021**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1600 Lind Avenue South West, Suite 100
Renton, WASHINGTON 98057

CLASS 41: Entertainment services, namely, providing online computer games and interactive multiplayer online computer games via a global network

FIRST USE 4-1-2021; IN COMMERCE 4-1-2021

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle with the word "MAGIC" in stylized lettering to the right.

OWNER OF U.S. REG. NO. 5552178, 5552176, 5552177

SER. NO. 88-161,632, FILED 10-19-2018

Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# Exhibit 21

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,317,915**

**Registered Oct. 24, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RHODE ISLAND 02862

CLASS 9: Downloadable electronic publications in the nature of e-books in the field of fantasy adventures

FIRST USE 9-30-2015; IN COMMERCE 9-30-2015

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle.

SER. NO. 86-981,703, FILED 06-09-2014

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# Exhibit 22

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,643,885**

**Registered Jan. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RHODE ISLAND 02862

CLASS 28: Card games, trading card games, playing cards and accessories for use therewith

FIRST USE 7-31-2010; IN COMMERCE 7-31-2010

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle.

SER. NO. 86-980,476, FILED 06-09-2014

Director of the United States
Patent and Trademark Office

# Exhibit 23

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,546,136**

**Registered Aug. 21, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RHODE ISLAND 02861

CLASS 41: Entertainment services, namely, providing online computer games and interactive multiplayer online computer games via a global network; organizing and conducting game tournaments and entertainment exhibitions in the field of fantasy role playing games; providing industry information online via a global network, namely, online publications in the nature of articles and magazines on games and gaming; entertainment services, namely, production and distribution of motion pictures and ongoing television programs; providing online publications in the nature of e-books in the field of fantasy adventures

FIRST USE 7-31-2010; IN COMMERCE 7-31-2010

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle.

SER. NO. 86-303,967, FILED 06-09-2014

Director of the United States
Patent and Trademark Office

# Exhibit 24

# United States of America

## United States Patent and Trademark Office

**Reg. No. 5,466,075**

**Registered May 08, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Wizards of the Coast LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 Newport Avenue
Pawtucket, RHODE ISLAND 02862

CLASS 28: Card games, trading card games, playing cards and accessories for use therewith

FIRST USE 1-19-2018; IN COMMERCE 1-19-2018

The mark consists of a curved, upside down triangle shape with five trident-like spikes protruding from the top of the upside down triangle containing the number "25" in the middle.

SER. NO. 87-437,594, FILED 05-04-2017

Director of the United States
Patent and Trademark Office

# Exhibit 25

# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,698,054**

**Registered Mar. 10, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

WIZARDS OF THE COAST LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR CARD GAMES, TRADING CARD GAMES, PLAYING CARDS AND ACCESSORIES FOR USE THEREWITH, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-1993; IN COMMERCE 7-1-1993.

THE MARK CONSISTS OF A STYLIZED SUN.

SER. NO. 86-013,499, FILED 7-18-2013.

JAMES LOVELACE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Michelle K. Lee

Deputy Director of the United States
Patent and Trademark Office

# Exhibit 26

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,447,983**

**Registered Dec. 10, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

WIZARDS OF THE COAST LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR: CARD GAMES, TRADING CARD GAMES, PLAYING CARDS AND ACCESSORIES FOR USE THEREWITH, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-1993; IN COMMERCE 7-1-1993.

THE MARK CONSISTS OF A STYLIZED DROP OF WATER WITH SMALL DROPLET SHADOW ON THE CENTER, RIGHT SIDE.

SER. NO. 86-013,611, FILED 7-18-2013.

JAMES LOVELACE, EXAMINING ATTORNEY

Commissioner for Trademarks of the
United States Patent and Trademark Office

# Exhibit 27

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,447,982**

**Registered Dec. 10, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

WIZARDS OF THE COAST LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR CARD GAMES, TRADING CARD GAMES, PLAYING CARDS AND ACCESSORIES FOR USE THEREWITH, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-1993; IN COMMERCE 7-1-1993.

THE MARK CONSISTS OF A STYLIZED OAK TREE.

SER. NO. 86-013,504, FILED 7-18-2013.

JAMES LOVELACE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Deborah S. Cohn

Commissioner for Trademarks of the
United States Patent and Trademark Office

# Exhibit 28

# United States of America
## United States Patent and Trademark Office

**Reg. No. 4,447,981**

**Registered Dec. 10, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

WIZARDS OF THE COAST LLC (DELAWARE LIMITED LIABILITY COMPANY)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR CARD GAMES, TRADING CARD GAMES, PLAYING CARDS AND ACCESSORIES FOR USE THEREWITH, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-1993; IN COMMERCE 7-1-1993.

THE MARK CONSISTS OF A STYLIZED SKULL.

SER. NO. 86-013,459, FILED 7-18-2013.

JAMES LOVELACE, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Deborah S. Cohn

Commissioner for Trademarks of the
United States Patent and Trademark Office

# Exhibit 29