AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED | United States District Court<br>Western District of Washington at Seattle<br>700 Stewart Street, Seattle, WA 98101 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Wizards of the Coast LLC | Ryan James Dunn; the Additional Defendants Identified in Appendix A to the Complaint; and John Does No. XX-100 |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 VA 596-507 | Magic--the Gathering. (Limited Edition Alpha) | Wizards of the Coast |
| 2 VA 750-636 | [Magic the gathering] (Fourth Edition) | Wizards of the Coast |
| 3 VA 875-745 | Magic--the Gathering. (Fifth Edition) | Wizards of the Coast |
| 4 VA 1-099-267 | Magic, The Gathering. (Seventh Edition) | Wizards of the Coast |
| 5 See Sched. A | All 343 registrations listed on attached Schedule A | Wizards of the Coast |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

# SCHEDULE A TO FORM AO 121

Wizards of the Coast LLC v. Ryan James Dunn, et al. (W.D. Wash., Seattle Division)
U.S. Copyright Registrations Involved in the Action (Complaint ¶¶ 242–256 & Exhibits 31–35)

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 1 | VA 596-507 | Magic--the Gathering. | Limited Edition Alpha | 31, 33 | Wizards of the Coast |
| 2 | VA 750-636 | [Magic the gathering] /illus. Mark Tedin, Richard Thomas, Harold McNeill ... [et al.] | Fourth Edition | 31, 35 | Wizards of the Coast |
| 3 | VA 875-745 | Magic--the Gathering. | Fifth Edition | 31, 35 | Wizards of the Coast |
| 4 | VA 1-099-267 | Magic, The Gathering. | Seventh Edition | 31, 34 | Wizards of the Coast |
| 5 | VA 1-212-928 | Magic the Gathering :deckmaster /Brian Snoddy, Peter Bollinger, Marc Fishman ... [et al.] | Eighth Edition | 31, 32, 34 | Wizards of the Coast |
| 6 | VA 1-360-182 | Magic, The Gathering ninth edition. | Ninth Edition | 31, 33, 35 | Wizards of the Coast |
| 7 | VA 1-622-983 | Magic: The Gathering - TENTH EDITION. | Tenth Edition | 31, 32, 34 | Wizards of the Coast |
| 8 | VA 1-695-354 | Magic: The Gathering 2010 Core Set. | Magic 2010 | 31, 34 | Wizards of the Coast |
| 9 | VA 1-735-877 | Magic: The Gathering 2011 Core Set. | Magic 2011 | 31, 32, 34 | Wizards of the Coast |
| 10 | VA 1-793-201 | Magic: The Gathering 2012 Core Set. | Magic 2012 | 31, 32, 34 | Wizards of the Coast |
| 11 | VA 1-868-160 | Magic: The Gathering 2013 Core Set | Magic 2013 | 31, 32, 34 | Wizards of the Coast |
| 12 | VA 1-941-080 | Magic: The Gathering 2014. | Magic 2014 | 31, 33, 35 | Wizards of the Coast |
| 13 | VA 1-963-538 | Magic 2015 Core Set. | Magic 2015 | 31, 32, 34 | Wizards of the Coast |
| 14 | VA 1-977-028 | Magic: The Gathering - Origins. | Magic Origins | 31, 32, 34 | Wizards of the Coast |
| 15 | VAu 1-382-222 | Magic: The Gathering - 2020. | Core Set 2020 | 31, 32, 34 | Wizards of the Coast |
| 16 | VAu 1-401-813 | Magic: The Gathering - Core Set 2021. | Core Set 2021 | 31, 32 | Wizards of the Coast |
| 17 | VA 596-667 | Magic--The Gathering /ill., Drew Tucker, Kristen Bishop, Douglas Shuler ... [et al.] | Arabian Nights | 31, 33, 35 | Wizards of the Coast |
| 18 | VA 596-263 | Magic, the Gathering. | Antiquities | 31, 32, 34 | Wizards of the Coast |
| 19 | VA 597-276 | Magic, the Gathering. | Legends | 31, 33, 35 | Wizards of the Coast |
| 20 | VA 711-530 | Magic, the Gathering--Deckmaster. | The Dark | 31, 33, 35 | Wizards of the Coast |
| 21 | VA 672-444 | Magic the Gathering. | Fallen Empires | 31, 34 | Wizards of the Coast |
| 22 | VA 683-010 | Magic--the Gathering. | Ice Age | 31, 32, 34 | Wizards of the Coast |
| 23 | VA 742-908 | Magic, the Gathering. | Homelands | 31, 35 | Wizards of the Coast |
| 24 | VA 819-513 | Magic, The Gathering, Alliances. | Alliances | 31, 33, 35 | Wizards of the Coast |
| 25 | VA 830-465 | Magic :the Gathering. | Mirage | 31, 32, 34 | Wizards of the Coast |
| 26 | VA 849-971 | Magic the Gathering--visions /illus. Terese Nielsen, Roger Raupp, Christopher Rush ... [et al.] | Visions | 31, 33, 35 | Wizards of the Coast |
| 27 | VA 875-747 | Magic--the Gathering. | Weatherlight | 31, 32, 34 | Wizards of the Coast |
| 28 | VA 929-289 | Magic the Gathering--Tempest. | Tempest | 31, 32, 34 | Wizards of the Coast |
| 29 | VA 937-939 | Magic the Gathering--Stronghold. | Stronghold | 31, 33, 35 | Wizards of the Coast |
| 30 | VA 937-940 | Magic the Gathering--Exodus. | Exodus | 31, 32, 34 | Wizards of the Coast |
| 31 | VA 939-176 | Urza's saga. | Urzas Saga | 31, 32, 34 | Wizards of the Coast |
| 32 | VA 975-301 | Urza's legacy. | Urzas Legacy | 31, 32, 34 | Wizards of the Coast |
| 33 | VA 1-023-804 | Urza' destiny. | Urzas Destiny | 31, 33, 35 | Wizards of the Coast |
| 34 | VA 709-155 | Magic the Gathering, deckmaster. | Mercadian Masques | 31, 32 | Wizards of the Coast |
| 35 | VA 1-059-260 | Magic the gathering prophecy. | Prophecy | 31, 32 | Wizards of the Coast |
| 36 | VA 1-078-771 | Magic--the Gathering. | Planeshift | 31, 34 | Wizards of the Coast |
| 37 | VA 1-111-918 | Magic, The Gathering. | Odyssey | 31, 32 | Wizards of the Coast |
| 38 | VA 1-246-054 | Onslaught release. | Onslaught | 31, 33 | Wizards of the Coast |
| 39 | VA 1-246-053 | Legion's release. | Legions | 31, 35 | Wizards of the Coast |
| 40 | VA 1-246-055 | Scourge release. | Scourge | 31, 33, 35 | Wizards of the Coast |
| 41 | VA 1-215-280 | Magic, The Gatherine. | Mirrodin | 31, 32, 34 | Wizards of the Coast |
| 42 | VAu 605-568 | Darksteel release. | Darksteel | 31, 32, 34 | Wizards of the Coast |
| 43 | VA 1-360-181 | Magic, The Gathering fifth dawn. | Fifth Dawn | 31, 33, 35 | Wizards of the Coast |
| 44 | VA 1-281-348 | Magic :The Gathering. | Champions of Kamigawa | 31, 32, 34 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 45 | VA 1-296-726 | Magic, the gathering :Betrayers of Kamigawa release. | Betrayers of Kamigawa | 31, 32, 34 | Wizards of the Coast |
| 46 | VA 1-326-611 | Saviors of Kamigawa release. | Saviors of Kamigawa | 31, 32, 34 | Wizards of the Coast |
| 47 | VA 1-330-944 | Magic, The Gathering :deckmaster. | Ravnica - City of Guilds | 31, 32, 34 | Wizards of the Coast |
| 48 | VA 1-349-319 | Magic, the gathering :guildpact release. | Guildpact | 31, 32, 34 | Wizards of the Coast |
| 49 | VA 1-360-172 | Magic, the Gathering dissension. | Dissension | 31, 32, 34 | Wizards of the Coast |
| 50 | VA 1-370-229 | Magic, the gathering--coldsnap. | Coldsnap | 31, 32, 34 | Wizards of the Coast |
| 51 | VA 1-389-663 | Magic, the gathering-time spiral. | Time Spiral | 31, 32, 34 | Wizards of the Coast |
| 52 | VA 1-417-763 | Magic: the gathering--planar chaos. | Planar Chaos | 31, 32, 34 | Wizards of the Coast |
| 53 | VA 1-406-831 | Magic :the gathering, future sight. | Future Sight | 31, 32, 34 | Wizards of the Coast |
| 54 | VA 1-630-626 | EN MTG Lorwyn Regular Cards. | Lorwyn | 31, 32, 34 | Wizards of the Coast |
| 55 | VA 1-653-022 | Magic: The Gathering - Morningtide. | Morningtide | 31, 32, 34 | Wizards of the Coast |
| 56 | VA 1-732-889 | Magic: The Gathering - Shadowmoor. | Shadowmoor | 31, 32, 34 | Wizards of the Coast |
| 57 | VA 1-659-637 | Magic: The Gathering: Eventide | Eventide | 31, 33, 35 | Wizards of the Coast |
| 58 | VA 1-659-632 | Magic: The Gathering: Shards of Alara. | Shards of Alara | 31, 32, 34 | Wizards of the Coast |
| 59 | VA 1-659-630 | Magic: The Gathering: Conflux. | Conflux | 31, 32, 34 | Wizards of the Coast |
| 60 | VA 1-669-695 | Magic: The Gathering: Alara Reborn. | Alara Reborn | 31, 34 | Wizards of the Coast |
| 61 | VA 1-707-495 | Magic: The Gathering: Zendikar | Zendikar | 31, 32, 34 | Wizards of the Coast |
| 62 | VA 1-717-649 | Magic: The Gathering: Worldwake. | Worldwake | 31, 32, 34 | Wizards of the Coast |
| 63 | VA 1-727-282 | Magic: The Gathering: Rise of the Eldrazi. | Rise of the Eldrazi | 31, 32, 34 | Wizards of the Coast |
| 64 | VA 1-748-446 | Magic: The Gathering: Scars of Mirrodin. | Scars of Mirrodin | 31, 32, 34 | Wizards of the Coast |
| 65 | VA 1-786-269 | Magic: The Gathering: New Phyrexia. | New Phyrexia | 31, 32, 34 | Wizards of the Coast |
| 66 | VA 1-860-999 | Magic: The Gathering: Innistrad. | Innistrad | 31, 32, 34 | Wizards of the Coast |
| 67 | VA 1-844-682 | Magic: The Gathering: Dark Ascension. | Dark Ascension | 31, 32, 34 | Wizards of the Coast |
| 68 | VA 1-830-391 | Avacyn Restored. | Avacyn Restored | 31, 32, 34 | Wizards of the Coast |
| 69 | VA 1-940-784 | Return to Ravnica. | Return to Ravnica | 31, 33, 35 | Wizards of the Coast |
| 70 | VA 1-880-236 | Magic: The Gathering - Gatecrash. | Gatecrash | 31, 33, 35 | Wizards of the Coast |
| 71 | VA 1-944-938 | Magic: The Gathering - Dragon's Maze. | Dragons Maze | 31, 32, 34 | Wizards of the Coast |
| 72 | VA 1-941-085 | Magic: The Gathering - Theros. | Theros | 31, 32, 34 | Wizards of the Coast |
| 73 | VA 1-977-970 | Magic: The Gathering - Born of the Gods. | Born of the Gods | 31, 32, 34 | Wizards of the Coast |
| 74 | VA 1-987-742 | Magic: The Gathering - Journey Into Nyx. | Journey into Nyx | 31, 33, 35 | Wizards of the Coast |
| 75 | VA 1-987-696 | Magic: The Gathering - Khans of Tarkir. | Khans of Tarkir | 31, 33, 35 | Wizards of the Coast |
| 76 | VA 1-985-115 | Magic: The Gathering - Fate Reforged. | Fate Reforged | 31, 33, 35 | Wizards of the Coast |
| 77 | VA 1-977-370 | Magic: The Gathering - Dragons of Tarkir. | Dragons of Tarkir | 31, 32, 34 | Wizards of the Coast |
| 78 | VA 2-009-484 | Magic: The Gathering - Battle for Zendikar. | Battle for Zendikar | 31, 33, 35 | Wizards of the Coast |
| 79 | VA 2-024-300 | Magic: The Gathering - Oath of the Gatewatch. | Oath of the Gatewatch | 31, 32 | Wizards of the Coast |
| 80 | VA 2-018-426 | Magic: The Gathering - Shadows Over Innistrad. | Shadows over Innistrad | 31, 32, 34 | Wizards of the Coast |
| 81 | VA 2-024-301 | Magic: The Gathering - Eldritch Moon. | Eldritch Moon | 31, 32, 34 | Wizards of the Coast |
| 82 | VA 2-098-737 | EN AETHER REVOLT. | Aether Revolt | 31, 33, 35 | Wizards of the Coast |
| 83 | VA 2-098-732 | EN AMONKHET. | Amonkhet | 31, 32, 34 | Wizards of the Coast |
| 84 | VA 2-138-377 | Magic: The Gathering - Hour of Devastation. | Hour of Devastation | 31, 32, 34 | Wizards of the Coast |
| 85 | VA 2-138-374 | Magic: The Gathering - Ixalan. | Ixalan | 31, 32, 34 | Wizards of the Coast |
| 86 | VA 2-165-555 | Magic: The Gathering - Rivals of Ixalan. | Rivals of Ixalan | 31, 32, 34 | Wizards of the Coast |
| 87 | VAu 1-355-472 | Magic: The Gathering - Ravnica Allegiance. | Ravnica Allegiance | 31, 32, 34 | Wizards of the Coast |
| 88 | VAu 1-374-421 | Magic: The Gathering - War of the Spark | War of the Spark | 31, 32, 34 | Wizards of the Coast |
| 89 | VAu 1-395-016 | Magic: The Gathering - Throne of Eldraine. | Throne of Eldraine | 31, 32, 34 | Wizards of the Coast |
| 90 | VAu 1-395-015 | Magic: The Gathering - Theros Beyond Death. | Theros Beyond Death | 31, 32, 34 | Wizards of the Coast |
| 91 | VAu 1-401-620 | Magic: The Gathering - Ikoria. | Ikoria - Lair of Behemoths | 31, 32, 34 | Wizards of the Coast |
| 92 | VAu 1-401-963 | Magic: The Gathering - Zendikar Rising. | Zendikar Rising | 31, 32, 34 | Wizards of the Coast |
| 93 | VAu 1-417-917 | Magic: The Gathering - Kaldheim | Kaldheim | 31, 32, 34 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 94 | VAu 1-427-343 | Magic: The Gathering - Strixhaven: School of Mages. | Strixhaven - School of Mages | 31, 32, 34 | Wizards of the Coast |
| 95 | VAu 1-441-221 | Magic: The Gathering - Adventures in the Forgotten Realms. | Dungeons & Dragons - Adventures in the Forgotten Realms | 31, 32, 34 | Wizards of the Coast |
| 96 | VAu 1-467-879 | Magic: The Gathering - Midnight Hunt. | Innistrad - Midnight Hunt | 31, 32, 34 | Wizards of the Coast |
| 97 | VAu 1-465-517 | Magic: The Gathering - Crimson Vow. | Innistrad - Crimson Vow | 31, 32, 34 | Wizards of the Coast |
| 98 | VAu 1-469-460 | Magic: The Gathering - Kamigawa: Neon Dynasty. | Kamigawa - Neon Dynasty | 31, 32, 34 | Wizards of the Coast |
| 99 | VAu 1-470-743 | Magic: The Gathering - The Streets of New Capenna. | Streets of New Capenna | 31, 32, 34 | Wizards of the Coast |
| 100 | VA 2-168-472 | Magic: The Gathering - Modern Horizons. | Modern Horizons | 31, 32, 34 | Wizards of the Coast |
| 101 | VAu 1-441-367 | Magic: The Gathering - Modern Horizons 2. | Modern Horizons 2 | 31, 32, 34 | Wizards of the Coast |
| 102 | VA 882-529 | Magic :The Gathering--Portal. | Portal | 31, 32 | Wizards of the Coast |
| 103 | VA 969-055 | Magic the Gathering :portal second age. | Portal Second Age | 31, 34 | Wizards of the Coast |
| 104 | VA 996-639 | Magic the gathering :deckmaster. | Portal Three Kingdoms | 31, 32 | Wizards of the Coast |
| 105 | VA 969-183 | Anthologies. | Anthologies | 31 | Wizards of the Coast |
| 106 | VA 742-907 | Magic, the Gathering--Renaissance. | Renaissance (French- German) | 31 | Wizards of the Coast |
| 107 | VA 750-717 | Magic the Gathering renaissance. | Rinascimento (Italian) | 31 | Wizards of the Coast |
| 108 | VA 1-977-116 | Magic: The Gathering - Duel Decks: Jace vs. Chandra. | Duel Decks - Jace vs. Chandra | 31 | Wizards of the Coast |
| 109 | VA 1-687-486 | Magic: The Gathering - Duel Decks - Divine vs. Demonic. | Duel Decks - Divine vs. Demonic | 31, 32 | Wizards of the Coast |
| 110 | VA 1-977-454 | Magic: The Gathering - Duel Decks: Garruck vs. Liliana. | Duel Decks - Garruk vs. Liliana | 31 | Wizards of the Coast |
| 111 | VA 1-977-482 | Magic: The Gathering - Duel Decks: Knights vs. Dragons. | Duel Decks - Knights vs. Dragons | 31 | Wizards of the Coast |
| 112 | VA 1-945-029 | Magic: The Gathering - Duel Decks: Sorin vs. Tibalt. | Duel Decks - Sorin vs. Tibalt | 31 | Wizards of the Coast |
| 113 | VA 1-945-026 | Magic: The Gathering - Duel Decks: Heroes vs. Monsters. | Duel Decks - Heroes vs. Monsters | 31 | Wizards of the Coast |
| 114 | VA 2-024-216 | Magic: The Gathering - Duel Decks: Speed vs. Cunning. | Duel Decks - Speed vs. Cunning | 31 | Wizards of the Coast |
| 115 | VA 2-024-213 | Magic: The Gathering - Duel Decks: Elspeth vs. Kiora. | Duel Decks - Elspeth vs. Kiora | 31 | Wizards of the Coast |
| 116 | VA 2-024-214 | Magic: The Gathering - Duel Decks: Zendikar vs. Eldrazi. | Duel Decks - Zendikar vs. Eldrazi | 31 | Wizards of the Coast |
| 117 | VA 2-029-721 | Magic: The Gathering - Duel Decks: Blessed vs. Cursed. | Duel Decks - Blessed vs. Cursed | 31 | Wizards of the Coast |
| 118 | VA 2-091-544 | Magic: The Gathering - Duel Decks: Nissa vs. Ob Nixilis. | Duel Decks - Nissa vs. Ob Nixilis | 31 | Wizards of the Coast |
| 119 | VA 2-099-725 | Magic: The Gathering - Duel Decks: Mind vs Might. | Duel Decks - Mind vs. Might | 31 | Wizards of the Coast |
| 120 | VA 2-165-573 | Magic: The Gathering - Duel Decks: Merfolk vs Goblins. | Duel Decks - Merfolk vs. Goblins | 31 | Wizards of the Coast |
| 121 | VA 1-977-828 | Magic: The Gathering - Fire & Lightning. | Premium Deck Series - Fire and Lightning | 31 | Wizards of the Coast |
| 122 | VA 1-814-574 | Graveborn. | Premium Deck Series - Graveborn | 31 | Wizards of the Coast |
| 123 | VA 1-898-346 | Magic: The Gathering - Modern Masters. | Modern Masters | 31, 32, 34 | Wizards of the Coast |
| 124 | VA 1-977-629 | Magic: The Gathering - Modern Masters 2015 Edition. | Modern Masters 2015 Edition | 31, 32, 34 | Wizards of the Coast |
| 125 | VA 2-024-303 | Magic: The Gathering - Eternal Masters. | Eternal Masters | 31, 32, 34 | Wizards of the Coast |
| 126 | VA 2-098-729 | EN MODERN MASTERS 3. | Modern Masters 2017 Edition | 31, 33, 35 | Wizards of the Coast |
| 127 | VA 2-286-967 | Magic: The Gathering - Iconic Masters. | Iconic Masters | 31, 33, 35 | Wizards of the Coast |
| 128 | VA 2-189-037 | Magic: The Gathering - Masters 25th Anniversary. | Masters 25 | 31, 33, 35 | Wizards of the Coast |
| 129 | VAu 1-472-497 | Magic: The Gathering - Double Masters 2022. | Double Masters 2022 Edition | 31, 32, 34 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 130 | VA 2-214-477 | Magic: The Gathering - Throne of Eldraine Gift Edition. | Throne of Eldraine Bundle Gift Edition | 31 | Wizards of the Coast |
| 131 | VA 1-996-233 | Magic: The Gathering - Zendikar Expeditions. | Zendikar Expeditions | 31, 33 | Wizards of the Coast |
| 132 | VA 2-024-933 | Magic: The Gathering - Zendikar Expiditions, Part 2. | Zendikar Expeditions 2 | 31, 33 | Wizards of the Coast |
| 133 | VA 2-098-769 | Magic: The Gathering - Kaladesh Inventions. | Kaladesh Inventions | 31, 33 | Wizards of the Coast |
| 134 | VA 2-098-889 | Magic: The Gathering - Amonkhet Invocations. | Amonkhet Invocations | 31, 32 | Wizards of the Coast |
| 135 | VA 2-025-274 | Magic: The Gathering - Commander - Call the Spirits. | Commander 2015 Call the Spirits | 31, 33 | Wizards of the Coast |
| 136 | VA 2-025-300 | Magic: The Gathering - Commander - Seize Control. | Commander 2015 Seize Control | 31 | Wizards of the Coast |
| 137 | VA 2-025-305 | Magic: The Gathering - Commander - Plunder the Graves. | Commander 2015 Plunder the Graves | 31, 33 | Wizards of the Coast |
| 138 | VA 2-025-306 | Magic: The Gathering - Commander - Wade into Battle. | Commander 2015 Wade into Battle | 31, 33 | Wizards of the Coast |
| 139 | VA 2-025-311 | Magic: The Gathering - Commander - Swell the Host. | Commander 2015 Swell the Host | 31, 33 | Wizards of the Coast |
| 140 | VA 2-098-184 | Magic: The Gathering - Commander 2016 - Stalwart Unity. | Commander 2016 Stalwart Unity | 31 | Wizards of the Coast |
| 141 | VA 2-098-188 | Magic: The Gathering - Commander 2016 - Invent Superiority. | Commander 2016 Invent Superiority | 31, 33 | Wizards of the Coast |
| 142 | VA 2-099-729 | Magic: The Gathering - Commander 2016 - Entropic Uprising. | Commander 2016 Entropic Uprising | 31, 33 | Wizards of the Coast |
| 143 | VA 2-099-736 | Magic: The Gathering - Commander 2016 - Breed Lethality. | Commander 2016 Breed Lethality | 31 | Wizards of the Coast |
| 144 | VA 2-136-531 | Magic: The Gathering - Commander 2016 - Open Hostility. | Commander 2016 Open Hostility | 31, 33 | Wizards of the Coast |
| 145 | VA 2-101-328 | Magic: The Gathering - Commander Anthology. | Commander Anthology | 31, 32, 34 | Wizards of the Coast |
| 146 | VA 2-100-356 | Magic: The Gathering - Commander - Draconic Domination. | Commander 2017 Draconic Domination | 31, 32 | Wizards of the Coast |
| 147 | VA 2-100-357 | Magic: The Gathering - Commander - Feline Ferocity. | Commander 2017 Feline Ferocity | 31, 32 | Wizards of the Coast |
| 148 | VA 2-100-443 | Magic: The Gathering - Commander - Vampiric Bloodlust. | Commander 2017 Vampirit Bloodlust | 31, 32 | Wizards of the Coast |
| 149 | VA 2-100-444 | Magic: The Gathering - Commander - Arcane Wizardry. | Commander 2017 Arcane Wizardry | 31, 32 | Wizards of the Coast |
| 150 | VA 2-214-484 | Magic: The Gathering Commander 2019 - Primal Genesis. | Commander 2019 Primal Genesis | 31, 32 | Wizards of the Coast |
| 151 | VA 2-217-011 | Magic: The Gathering Commander 2019 - Mystic Intellect. | Commander 2019 Mystic Intellect | 31, 32 | Wizards of the Coast |
| 152 | VA 2-214-858 | Magic: The Gathering Commander 2019 - Faceless Menace. | Commander 2019 Faceless Menace | 31 | Wizards of the Coast |
| 153 | VA 2-214-818 | Magic: The Gathering Commander 2019 - Merciless Rage. | Commander 2019 Merciless Rage | 31, 32 | Wizards of the Coast |
| 154 | VA 2-254-302 | Magic: The Gathering - Commander 2020: Ruthless Regiment. | Commander 2020 Ruthless Regiment | 31 | Wizards of the Coast |
| 155 | VA 2-254-320 | Magic: The Gathering - Commander 2020: Symbiotic Swarm. | Commander 2020 Symbiotic Swarm | 31 | Wizards of the Coast |
| 156 | VA 2-254-303 | Magic: The Gathering - Commander 2020: Timeless Wisdom. | Commander 2020 Timeless Wisdom | 31, 33 | Wizards of the Coast |
| 157 | VA 2-254-324 | Magic: The Gathering - Commander 2020: Arcane Maelstrom. | Commander 2020 Arcane Maelstrom | 31, 33 | Wizards of the Coast |
| 158 | VA 2-254-321 | Magic: The Gathering - Commander 2020: Enhanced Evolution. | Commander 2020 Enhanced Evolution | 31, 33 | Wizards of the Coast |
| 159 | VA 2-254-322 | Magic: The Gathering - Zendikar Rising Commander Deck: Land's Wrath. | Zendikar Rising Commander Decks - Lands Wrath | 31 | Wizards of the Coast |
| 160 | VA 2-254-323 | Magic: The Gathering - Zendikar Rising Commander Deck: Sneak Attack. | Zendikar Rising Commander Decks - Sneak Attack | 31 | Wizards of the Coast |
| 161 | VAu 1-405-949 | Magic: The Gathering - Commander Legends. | Commander Legends | 31, 32, 34 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 162 | VA 2-318-411 | Magic: The Gathering - Premium Commander Collection: Black. | Premium Commander Collection - Black | 31 | Wizards of the Coast |
| 163 | VAu 1-472-496 | Magic: The Gathering - Commander Legends: Battle for Baldur's Gate. | Battle for Baldurs Gate - Commander Legends 2 | 31, 32, 34 | Wizards of the Coast |
| 164 | VA 1-963-537 | Magic: The Gathering: Conspiracy | Conspiracy | 31, 33, 35 | Wizards of the Coast |
| 165 | VA 2-024-304 | Magic: The Gathering - Conspiracy: Take the Crown. | Conspiracy - Take the Crown | 31, 32 | Wizards of the Coast |
| 166 | VA 2-098-404 | Magic: The Gathering - Archenemy: Nicol Bolas. | Archenemy - Nicol Bolas | 31 | Wizards of the Coast |
| 167 | VA 2-164-450 | Magic: The Gathering - Explorers of Ixalan. | Explorers of Ixalan | 31 | Wizards of the Coast |
| 168 | VA 2-163-564 | Magic: The Gathering - Izzet Guild Kit. | Guilds of Ravnica - Izzet Guild Kit | 31 | Wizards of the Coast |
| 169 | VA 2-165-852 | Magic: The Gathering - Selesnya Guild Kit. | Guilds of Ravnica - Selesnya Guild Kit | 31 | Wizards of the Coast |
| 170 | VA 2-164-041 | Magic: The Gathering - Dimir Guild Kit. | Guilds of Ravnica - Dimir Guild Kit | 31 | Wizards of the Coast |
| 171 | VA 2-165-686 | Magic: The Gathering - Boros Guild Kit. | Guilds of Ravnica - Boros Guild Kit | 31 | Wizards of the Coast |
| 172 | VA 2-164-083 | Magic: The Gathering - Golgari Guild Kit. | Guilds of Ravnica - Golgari Guild Kit | 31 | Wizards of the Coast |
| 173 | VA 2-214-808 | Magic: The Gathering - Azorius Guild Kit. | Ravnica Allegiance - Azorius Guild Kit | 31 | Wizards of the Coast |
| 174 | VA 2-218-739 | Magic: The Gathering - Rakdos Guild Kit. | Ravnica Allegiance - Rakdos Guild Kit | 31, 32 | Wizards of the Coast |
| 175 | VA 2-194-688 | Magic: The Gathering - Gruul Guild Kit. | Ravnica Allegiance - Gruul Guild Kit | 31 | Wizards of the Coast |
| 176 | VA 2-216-963 | Magic: The Gathering - Simic Guild Kit. | Ravnica Allegiance - Simic Guild Kit | 31 | Wizards of the Coast |
| 177 | VA 2-199-671 | Magic: The Gathering - Orzhov Guild Kit. | Ravnica Allegiance - Orzhov Guild Kit | 31 | Wizards of the Coast |
| 178 | VA 2-218-821 | Magic: The Gathering - Throne of Eldraine Brawl Decks - Wild Bounty. | Throne of Eldraine Brawl Decks - Wild Bounty | 31 | Wizards of the Coast |
| 179 | VA 2-218-820 | Magic: The Gathering - Throne of Eldraine Brawl Decks - Faerie Schemes. | Throne of Eldraine Brawl Decks - Fairie Schemes | 31 | Wizards of the Coast |
| 180 | VA 2-218-717 | Magic: The Gathering - Throne of Eldraine Brawl Decks - Knights' Charge. | Throne of Eldraine Brawl Decks - Knights Charge | 31 | Wizards of the Coast |
| 181 | VA 2-218-818 | Magic: The Gathering - Throne of Eldraine Brawl Decks - Savage Hunger. | Throne of Eldraine Brawl Decks - Savage Hunger | 31 | Wizards of the Coast |
| 182 | VA 969-055 | Magic the Gathering :unglued. | Unglued | 31, 34 | Wizards of the Coast |
| 183 | VA 1-289-901 | Magic, the Gathering :Unhinged release. | Unhinged | 31, 34 | Wizards of the Coast |
| 184 | VA 2-217-256 | Magic: The Gathering - Unsanctioned. | Unsanctioned | 31 | Wizards of the Coast |
| 185 | VA 1-975-832 | Magic: The Gathering - Origins SDCC Planeswalker Cards. | Origins SDCC Planeswalkers | 31 | Wizards of the Coast |
| 186 | VA 2-170-337 | Magic: The Gathering - War of the Spark Bundle. | War of the Spark Bundle | 31 | Wizards of the Coast |
| 187 | VA 2-177-920 | Magic: The Gathering - United Assault Challenger Deck. | Challenger 2019 - United Assault | 31 | Wizards of the Coast |
| 188 | VA 2-177-947 | Magic: The Gathering - Lightning Aggro Challenger Deck. | Challenger 2019 - Lightning Aggro | 31 | Wizards of the Coast |
| 189 | VA 2-177-964 | Magic: The Gathering - Deadly Discovery Challenger Deck. | Challenger 2019 - Deadly Discovery | 31 | Wizards of the Coast |
| 190 | VA 2-177-958 | Magic: The Gathering - Arcane Tempo Challenger Deck. | Challenger 2019 - Arcane Tempo | 31 | Wizards of the Coast |
| 191 | VA 2-214-492 | Magic: The Gathering Challenger Deck - Japanese Red/White. | Challenger 2019 Japanese Red White | 31 | Wizards of the Coast |
| 192 | VA 2-214-496 | Magic: The Gathering Challenger Deck - Japanese Green/Blue. | Challenger 2019 Japanese Green Blue | 31 | Wizards of the Coast |
| 193 | VA 2-177-954 | Magic: The Gathering - Gideon Planeswalker Deck. | Planeswalker Decks - Gideon | 31 | Wizards of the Coast |
| 194 | VA 2-177-968 | Magic: The Gathering - Jace Planeswalker Deck. | Planeswalker Decks - Jace | 31 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 195 | VA 2-195-428 | Magic: The Gathering - Dovin Planeswalker Deck. | Planeswalker Decks - Dovin | 31 | Wizards of the Coast |
| 196 | VA 2-214-812 | Magic: The Gathering - Domri Planeswalker Deck. | Planeswalker Decks - Domri | 31 | Wizards of the Coast |
| 197 | VA 2-216-999 | Magic: The Gathering - Ajani Planeswalker Deck. | Planeswalker Decks 2020 - Ajani | 31 | Wizards of the Coast |
| 198 | VA 2-217-003 | Magic: The Gathering - Yanling Planeswalker Deck. | Planeswalker Decks 2020 - Yanling | 31 | Wizards of the Coast |
| 199 | VA 2-217-001 | Magic: The Gathering - Sorin Planeswalker Deck. | Planeswalker Decks 2020 - Sorin | 31 | Wizards of the Coast |
| 200 | VA 2-217-000 | Magic: The Gathering - Chandra Planeswalker Deck. | Planeswalker Decks 2020 - Chandra | 31 | Wizards of the Coast |
| 201 | VA 2-217-002 | Magic: The Gathering - Vivien Planeswalker Deck. | Planeswalker Decks 2020 - Vivien | 31 | Wizards of the Coast |
| 202 | VA 2-254-304 | Magic: The Gathering - Basri Planeswalker Deck 2021. | Planeswalker Decks 2021 - Basri | 31 | Wizards of the Coast |
| 203 | VA 2-254-299 | Magic: The Gathering - Teferi Planeswalker Deck 2021. | Planeswalker Decks 2021 - Teferi | 31 | Wizards of the Coast |
| 204 | VA 2-254-306 | Magic: The Gathering - Liliana Planeswalker Deck 2021. | Planeswalker Decks 2021 - Liliana | 31 | Wizards of the Coast |
| 205 | VA 2-254-307 | Magic: The Gathering - Chandra Planeswalker Deck 2021. | Planeswalker Decks 2021 - Chandra | 31 | Wizards of the Coast |
| 206 | VA 2-254-308 | Magic: The Gathering - Garruk Planeswalker Deck 2021. | Planeswalker Decks 2021 - Garruk | 31 | Wizards of the Coast |
| 207 | VA 2-192-595 | Magic: The Gathering - Convention Exclusive 2019. | Convention Exclusive 2019 | 31 | Wizards of the Coast |
| 208 | VA 2-214-482 | Magic: The Gathering - Game Night 2019. | Game Night 2019 | 31, 32 | Wizards of the Coast |
| 209 | VA 2-217-005 | Magic: The Gathering - Spellslinger Starter Kit. | Spellslinger Starter Kit 2020 | 31 | Wizards of the Coast |
| 210 | VA 2-217-008 | Magic: The Gathering - Core Set 2020 Bundle. | Core Set 2020 Bundle | 31 | Wizards of the Coast |
| 211 | VA 2-219-680 | Magic: The Gathering - Throne of Eldraine Planeswalker Decks - Rowan. | Throne of Eldraine Planeswalker Decks - Rowan | 31 | Wizards of the Coast |
| 212 | VA 2-218-817 | Magic: The Gathering - Throne of Eldraine Planeswalker Decks - Oko. | Throne of Eldraine Planeswalker Decks - Oko | 31 | Wizards of the Coast |
| 213 | VA 2-218-824 | Magic: The Gathering - Throne of Eldraine Deluxe Collector's Set. | Throne of Eldraine Deluxe Collectors Set | 31 | Wizards of the Coast |
| 214 | VAu 1-405-948 | Magic: The Gathering - Convention Mystery Booster 2020. | Convention Mystery Booster 2020 | 31 | Wizards of the Coast |
| 215 | VA 2-218-716 | Ponies: The Galloping 2019. | Ponies The Galloping 2019 | 31 | Wizards of the Coast |
| 216 | VA 2-214-505 | Magic: The Gathering - Secret Lair Drop - Seeing Visions. | Secret Lair - Seeing Visions | 31, 32 | Wizards of the Coast |
| 217 | VA 2-216-686 | Magic: The Gathering - Secret Lair Drop - OMG Kitties! | Secret Lair - OMG Kitties | 31, 32 | Wizards of the Coast |
| 218 | VA 2-217-630 | Magic: The Gathering - Secret Lair Drop - Bitterblossom Dreams. | Secret Lair - Bitterblossom Dreams | 31, 32 | Wizards of the Coast |
| 219 | VA 2-218-036 | Magic: The Gathering - Secret Lair Drops - <explosion sounds>. | Secret Lair - Explosion Sounds | 31, 32 | Wizards of the Coast |
| 220 | VA 2-218-207 | Magic: The Gathering - Secret Lair Drop - Kaleidoscope Killers. | Secret Lair - Kaleidoscope Killers | 31, 32 | Wizards of the Coast |
| 221 | VA 2-218-260 | Magic: The Gathering - Secret Lair Drop - Year of the Rat. | Secret Lair - Year of the Rat | 31 | Wizards of the Coast |
| 222 | VA 2-219-570 | Magic: The Gathering - Secret Lair Drop - Restless in Peace. | Secret Lair - Restless in Peace | 31 | Wizards of the Coast |
| 223 | VA 2-224-869 | Magic: The Gathering - Secret Lair Drop - Eldraine Wonderland. | Secret Lair - Eldraine Wonderland | 31 | Wizards of the Coast |
| 224 | VA 2-268-685 | Magic: The Gathering - Secret Lair Drop: Ultimate Ed. - The Enemy Fetch Lands. | Secret Lair - Ultimate Edition - Enemy Fetch Lands | 31, 33 | Wizards of the Coast |
| 225 | VA 2-297-579 | Magic: The Gathering - SLD - Artist Series: Mark Poole. | Secret Lair - Artist Series - Mark Poole | 31 | Wizards of the Coast |
| 226 | VA 2-298-462 | Magic: The Gathering - SLD - Read The Fine Print. | Secret Lair - Read the Fine Print | 31, 33 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 227 | VA 2-298-463 | Magic: The Gathering - SLD - Artist Series: Johannes Voss. | Secret Lair - Artist Series - Johannes Voss | 31, 33 | Wizards of the Coast |
| 228 | VA 2-298-464 | Magic: The Gathering - SLD - Thrilling Tales of the Undead. | Secret Lair - Thrilling Tales of the Undead | 31, 33 | Wizards of the Coast |
| 229 | VA 2-298-465 | Magic: The Gathering - SLD - Dan Frazier Is Back: The Enemy Signets. | Secret Lair - Dan Frazier is Back - The Enemy Signets | 31 | Wizards of the Coast |
| 230 | VA 2-298-466 | Magic: The Gathering - SLD - Mother's Day 2021. | Secret Lair - Mothers Day 2021 | 31 | Wizards of the Coast |
| 231 | VA 2-298-467 | Magic: The Gathering - SLD - Math Is For Blockers. | Secret Lair - Math is for Blockers | 31 | Wizards of the Coast |
| 232 | VA 2-298-468 | Magic: The Gathering - SLD - Dan Frazier is Back: The Allied Signets. | Secret Lair - Dan Frazier is Back - The Allied Signets | 31 | Wizards of the Coast |
| 233 | VA 2-298-469 | Magic: The Gathering - SLD - Special Guest: Jen Bartel. | Secret Lair - Special Guest - Jen Bartel | 31 | Wizards of the Coast |
| 234 | VA 2-298-475 | Magic: The Gathering - SLD - Special Guest: Fiona Staples. | Secret Lair - Special Guest - Fiona Staples | 31, 33 | Wizards of the Coast |
| 235 | VA 2-298-476 | Magic: The Gathering - SLD - Saturday Morning D&D. | Secret Lair - Saturday Mornign D&D | 31 | Wizards of the Coast |
| 236 | VA 2-298-477 | Magic: The Gathering - SLD - Kamigawa Ink. | Secret Lair - Kamigawa Ink | 31, 33 | Wizards of the Coast |
| 237 | VA 2-298-478 | Magic: The Gathering - SLD - Artist Series: Thomas Baxa. | Secret Lair - Artist Series - Thomas Baxa | 31 | Wizards of the Coast |
| 238 | VA 2-298-479 | Magic: The Gathering - SLD - Phyrexian Praetors: Complete Edition. | Secret Lair - Phyrexian Praetors - Complete Edition | 31, 33 | Wizards of the Coast |
| 239 | VA 2-298-480 | Magic: The Gathering - SLD - Showcase: Midnight Hunt. | Secret Lair - Showcase - Midnight Hunt | 31 | Wizards of the Coast |
| 240 | VA 2-298-481 | Magic: The Gathering - SLD - Teferi's Time Trouble. | Secret Lair - Teferis Time Trouble | 31 | Wizards of the Coast |
| 241 | VA 2-298-482 | Magic: The Gathering - SLD - Stranger Things. | Secret Lair - Stranger Things | 31 | Wizards of the Coast |
| 242 | VA 2-301-781 | Magic: The Gathering - SLD - Monster Anatomy 101. | Secret Lair - Monster Anatomy 101 | 31 | Wizards of the Coast |
| 243 | VA 2-302-275 | Magic: The Gathering - SLD - MSCHF. | Secret Lair - MSCHG | 31, 33 | Wizards of the Coast |
| 244 | VA 2-302-440 | Magic: The Gathering - SLD - Mirrodinsanity. | Secret Lair - Mirrodinsanity | 31 | Wizards of the Coast |
| 245 | VA 2-302-442 | Magic: The Gathering - SLD - Monster Movie Marathon. | Secret Lair - Monster Movie Marathon | 31 | Wizards of the Coast |
| 246 | VA 2-303-500 | Magic: The Gathering - SLD - ExtraLife 2021. | Secret Lair - ExtraLife 2021 | 31 | Wizards of the Coast |
| 247 | VA 2-310-627 | Magic: The Gathering - SLD - The Astrology Lands: Pisces. | Secret Lair - The Astrology Lands - Pisces | 31 | Wizards of the Coast |
| 248 | VA 2-310-655 | Magic: The Gathering - SLD - Pride Across the Multiverse. | Secret Lair - Pride Across the Multiverse | 31, 32 | Wizards of the Coast |
| 249 | VA 2-310-665 | Magic: The Gathering - SLD - Pictures of the Floating World. | Secret Lair - Pictures of the Floating World | 31 | Wizards of the Coast |
| 250 | VA 2-310-671 | Magic: The Gathering - SLD - Pixel Snow Lands. | Secret Lair - Pixel Snow Lands | 31 | Wizards of the Coast |
| 251 | VA 2-310-674 | Magic: The Gathering - SLD - The Dracula Lands. | Secret Lair - The Dracula Lands | 31 | Wizards of the Coast |
| 252 | VA 2-310-677 | Magic: The Gathering - SLD - Heads I Win Tales You Lose. | Secret Lair - Heads I Win Tales You Lose | 31 | Wizards of the Coast |
| 253 | VA 2-310-689 | Magic: The Gathering - SLD - Welcome to Castle Dracula. | Secret Lair - Welcome to Castle Dracula | 31, 33 | Wizards of the Coast |
| 254 | VA 2-310-692 | Magic: The Gathering - SLD - Fblthp Completely Utterly Totally Lost. | Secret Lair - Fblthp Completely Utterly Totally Lost | 31, 33 | Wizards of the Coast |
| 255 | VA 2-310-694 | Magic: The Gathering - SLD - Introducing Kaito Shizuki. | Secret Lair - Introducing Kaito Shizuki | 31 | Wizards of the Coast |
| 256 | VA 2-310-696 | Magic: The Gathering - SLD - Far Out, Man. | Secret Lair - SLD - Far Out Man | 31, 33 | Wizards of the Coast |
| 257 | VA 2-310-698 | Magic: The Gathering - SLD - Kamigawa: The Manga, The Cards. | Secret Lair - Kamigawa The Manga The Cards | 31, 33 | Wizards of the Coast |
| 258 | VA 2-310-699 | Magic: The Gathering - SLD - Artist Series: Wayne Reynolds. | Secret Lair - Artist Series - Wayne Reynolds | 31 | Wizards of the Coast |
| 259 | VA 2-310-700 | Magic: The Gathering - SLD - Artist Series: Magali Villenueve. | Secret Lair - Artist Series - Magali Villenueve | 31 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 260 | VA 2-310-701 | Magic: The Gathering - SLD - Special Guest: Matt Jukes. | Secret Lair - Special Guest - Matt Jukes | 31, 32 | Wizards of the Coast |
| 261 | VA 2-310-744 | Magic: The Gathering - SLD - The Astrology Lands: Capricorn. | Secret Lair - The Astrology Lands - Capricorn | 31 | Wizards of the Coast |
| 262 | VA 2-310-749 | Magic: The Gathering - SLD - Finally, Left-Handed Magic Cards. | Secret Lair - Finally Left-Handed Magic Cards | 31 | Wizards of the Coast |
| 263 | VA 2-310-753 | Magic: The Gathering - SLD - Just Some Totally Normal Guys. | Secret Lair - Just Some Totally Normal Guys | 31 | Wizards of the Coast |
| 264 | VA 2-310-758 | Magic: The Gathering - SLD - Artist Series: Sidarth Chaturvedi. | Secret Lair - Artist Series - Sidarth Chaturvedi | 31, 32 | Wizards of the Coast |
| 265 | VA 2-310-761 | Magic: The Gathering - SLD - The Astrology Lands: Gemini. | Secret Lair - The Astrology Lands - Gemini | 31 | Wizards of the Coast |
| 266 | VA 2-310-784 | Magic: The Gathering - SLD - Crocodile Jackson's Monstrous Menagerie. | Secret Lair - Crocodile Jacksons Monstrous Menagerie | 31, 33 | Wizards of the Coast |
| 267 | VA 2-310-785 | Magic: The Gathering - SLD - Showcase: Neon Dynasty, Neon Ink. | Secret Lair - Showcase - Neon Dynasty Neon Ink | 31, 33 | Wizards of the Coast |
| 268 | VA 2-310-786 | Magic: The Gathering - SLD - Li'l Walkers. | Secret Lair - Lil Walkers | 31, 33 | Wizards of the Coast |
| 269 | VA 2-310-946 | Magic: The Gathering - SLD - Showcase: Streets of New Capenna. | Secret Lair - Showcase - Streets of New Capenna | 31 | Wizards of the Coast |
| 270 | VA 2-310-959 | Magic: The Gathering - SLD - The Astrology Lands: Aquarius. | Secret Lair - The Astrology Lands - Aquarius | 31 | Wizards of the Coast |
| 271 | VA 2-311-119 | Magic: The Gathering - SLD - The Tokyo Lands. | Secret Lair - The Tokyo Lands | 31 | Wizards of the Coast |
| 272 | VA 2-311-121 | Magic: The Gathering - SLD - Special Guest: klogsloops. | Secret Lair - Special Guest - klogsloops | 31, 32 | Wizards of the Coast |
| 273 | VA 2-311-125 | Magic: The Gathering - SLD - Rule the Room. | Secret Lair - Rule the Room | 31, 32 | Wizards of the Coast |
| 274 | VA 2-311-127 | Magic: The Gathering - SLD - Artist Series: Livia Prima. | Secret Lair - Artist Series - Livia Prima | 31, 32 | Wizards of the Coast |
| 275 | VA 2-311-129 | Magic: The Gathering - SLD - The Astrology Lands: Ares. | Secret Lair - The Astrology Lands - Ares | 31 | Wizards of the Coast |
| 276 | VA 2-311-135 | Magic: The Gathering - SLD - Artist Series: Volkan Baga. | Secret Lair - Artist Series - Volkan Baga | 31, 32 | Wizards of the Coast |
| 277 | VA 2-311-186 | Magic: The Gathering - SLD - Special Guest: Yuko Shimizu. | Secret Lair - Special Guest - Yuko Shimizu | 31, 33 | Wizards of the Coast |
| 278 | VA 2-316-764 | Magic: The Gathering - SLD - Secret Lair Ultimate Edition: Hidden Pathways. | Secret Lair - Secret Lair Ultimate Edition - Hidden Pathways | 31 | Wizards of the Coast |
| 279 | VA 2-317-721 | Magic: The Gathering - SLD - Black Is Magic. | Secret Lair - Black Is Magic | 31, 33 | Wizards of the Coast |
| 280 | VA 2-317-981 | Magic: The Gathering - SLD - Culture Shocks: Jund. | Secret Lair - Culture Shocks - Jund | 31, 33 | Wizards of the Coast |
| 281 | VA 2-318-001 | Magic: The Gathering - SLD - Culture Shocks: Grixis. | Secret Lair - Culture Shocks - Grixis | 31, 33 | Wizards of the Coast |
| 282 | VA 2-318-255 | Magic: The Gathering - SLD - Culture Shocks: Bant. | Secret Lair - Culture Shocks - Bant | 31, 33 | Wizards of the Coast |
| 283 | VA 2-318-298 | Magic: The Gathering - SLD - Culture Shocks: Naya. | Secret Lair - Culture Shocks - Naya | 31, 33 | Wizards of the Coast |
| 284 | VA 2-318-325 | Magic: The Gathering - SLD - Culture Shocks: Esper. | Secret Lair - Culture Shocks - Esper | 31, 33 | Wizards of the Coast |
| 285 | VA 2-318-466 | Magic: The Gathering - SLD - The Unfathomable Crushing Brutality of Basic Lands. | Secret Lair - The Unfathomable Crushing Brutality of Basic Lands | 31, 33 | Wizards of the Coast |
| 286 | VA 2-318-490 | Magic: The Gathering - SLD - Showcase: Kaldheim - Part 1. | Secret Lair - Showcase - Kaldheim - Part 1 | 31, 33 | Wizards of the Coast |
| 287 | VA 2-318-607 | Magic: The Gathering - SLD - The Full-Text Lands. | Secret Lair - The Full- Text Lands | 31, 33 | Wizards of the Coast |
| 288 | VA 2-318-952 | Magic: The Gathering - SLD - Our Show Is on Friday, Can You Make It? | Secret Lair - Our Show Is on Friday Can You Make It | 31, 33 | Wizards of the Coast |
| 289 | VA 2-318-970 | Magic: The Gathering - SLD - Shades Not Included. | Secret Lair - Shades Not Included | 31 | Wizards of the Coast |
| 290 | VA 2-319-630 | Magic: The Gathering - SLD - Showcase: Kaldheim - Part 2. | Secret Lair - Showcase - Kaldheim - Part 2 | 31 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 291 | VA 2-320-934 | Magic: The Gathering - SLD - Artist Series: Chris Rahn. | Secret Lair - Artist Series - Chris Rahn | 31, 32 | Wizards of the Coast |
| 292 | VA 2-335-359 | Magic: The Gathering - SLD - Valentine's Day 2021. | Secret Lair - Valentines Day 2021 | 31 | Wizards of the Coast |
| 293 | VAu 1-404-856 | Magic: The Gathering - SLD The Path Not Traveled. | Secret Lair - The Path Not Traveled | 31 | Wizards of the Coast |
| 294 | VAu 1-404-857 | Magic: The Gathering - SLD Can You Feel With A Heart of Steel? | Secret Lair - Can You Feel With A Heart of Steel | 31, 32 | Wizards of the Coast |
| 295 | VAu 1-404-858 | Magic: The Gathering - SLD Theros Stargazing. | Secret Lair - Theros Stargazing | 31, 32 | Wizards of the Coast |
| 296 | VAu 1-404-859 | Magic: The Gathering - SLD Full Sleeves. | Secret Lair - Full Sleeves | 31, 32 | Wizards of the Coast |
| 297 | VAu 1-404-860 | Magic: The Gathering - SLD The Godzilla Lands. | Secret Lair - The Godzilla Lands | 31 | Wizards of the Coast |
| 298 | VAu 1-404-861 | Magic: The Gathering - SLD Ornithological Studies. | Secret Lair - Ornithological Studies | 31, 32 | Wizards of the Coast |
| 299 | VAu 1-404-863 | Magic: The Gathering - SLD Thalia Beyond the Helvault. | Secret Lair - Thalia Beyond the Helvault | 31 | Wizards of the Coast |
| 300 | VAu 1-404-864 | Magic: The Gathering - SLD International Women's Day. | Secret Lair - International Womens Day | 31, 32 | Wizards of the Coast |
| 301 | VAu 1-405-378 | Magic: The Gathering - SLD Mountain, Go. | Secret Lair - Mountain Go | 31, 32 | Wizards of the Coast |
| 302 | VAu 1-407-175 | Magic: The Gathering - SLD Artist Series Seb McKinnon. | Secret Lair - Artist Series - Seb McKinnon | 31, 32 | Wizards of the Coast |
| 303 | VAu 1-407-181 | Magic: The Gathering - SLD Party Hard, Shred Harder. | Secret Lair - Party Hard Shred Harder | 31, 32 | Wizards of the Coast |
| 304 | VAu 1-407-186 | Magic: The Gathering - SLD Happy Little Gathering. | Secret Lair - Happy Little Gathering | 31 | Wizards of the Coast |
| 305 | VAu 1-407-194 | Magic: The Gathering - SLD Read the Fine Print. | Secret Lair - Read the Fine Print | 31, 32 | Wizards of the Coast |
| 306 | VAu 1-407-198 | Magic: The Gathering - SLD Secret Lair x The Walking Dead. | Secret Lair - Secret Lair x The Walking Dead | 31, 32 | Wizards of the Coast |
| 307 | VAu 1-407-200 | Magic: The Gathering - SLD Showcase Zendikar Revisited. | Secret Lair - Showcase Zendikar Revisited | 31 | Wizards of the Coast |
| 308 | VAu 1-407-201 | Magic: The Gathering - SLD Happy Yargle Day. | Secret Lair - Happy Yargle Day | 31, 32 | Wizards of the Coast |
| 309 | VAu 1-407-203 | Magic: The Gathering - SLD Every Dog Has Its Day. | Secret Lair - Every Dog Has Its Day | 31 | Wizards of the Coast |
| 310 | VAu 1-407-204 | Magic: The Gathering - SLD Prime Slime. | Secret Lair - Prime Slime | 31, 32 | Wizards of the Coast |
| 311 | VAu 1-407-205 | Magic: The Gathering - SLD Extra Life 2020. | Secret Lair - Extra Life 2020 | 31 | Wizards of the Coast |
| 312 | VA 733-099 | Magic the Gathering. | Alpha - Spanish Translation | 31 | Wizards of the Coast |
| 313 | VA 733-113 | Magic--the Gathering /ill. by Mark Tedin, Christopher Rush, Mike Kimble ... [et al.] | Alpha - French Translation | 31 | Wizards of the Coast |
| 314 | VA 733-115 | Magic--the Gathering /ill. by Mark Tedin, Christopher Rush, Douglas Shuler ... [et al.] | Renaissance (French language translation) | 31 | Wizards of the Coast |
| 315 | VA 733-112 | Magic--the Gathering /ill. by Mark Tedin, Christopher Rush, Mike Kimble ... [et al.] | Homelands (Spanish language translation) | 31 | Wizards of the Coast |
| 316 | VA 733-114 | Magic--the Gathering /ill. by Mark Tedin, Christopher Rush, Douglas Shuler ... [et al.] | Magic the Gathering (French language translation) | 31 | Wizards of the Coast |
| 317 | VA 742-893 | Magic, the gathering. | Magic the Gathering (German language translation) | 31 | Wizards of the Coast |
| 318 | VA 742-894 | Magic, the gathering. | Magic the Gathering (German language translation) | 31 | Wizards of the Coast |
| 319 | VA 742-895 | Magic, the gathering. | Magic 3rd Ed (Germal language translation) | 31 | Wizards of the Coast |
| 320 | VA 597-410 | Magic--the Gathering. | Magic--the Gathering. | 31 | Wizards of the Coast |
| 321 | VA 750-637 | Magic the gathering, deckmaster /illus. Dennis Detwiller, Tom Wanerstrand, Anson Maddocks ... [et al.] | Magic the Gathering - The Dark (Italian language version) | 31 | Wizards of the Coast |
| 322 | VA 754-820 | Magic--the Gathering. | Magic the Gathering - 4th Unlimited (Italian language edition) | 31 | Wizards of the Coast |

| No. | Copyright Reg. No. | Title of Work (as registered) | Informal Title (Compl. ¶ 245) | Compl. Ex(s). | Author of Work |
|---|---|---|---|---|---|
| 323 | VA 754-783 | Magic The Gathering. | Magic the Gathering - Legends (Italian translation) | 31 | Wizards of the Coast |
| 324 | VA 754-784 | Magic The Gathering. | Magic the Gathering - 4th edition unlimited (French language translation) | 31 | Wizards of the Coast |
| 325 | VA 817-024 | Magic, the gathering. | Magic the Gathering - 4th edition (Japanese translation) | 31 | Wizards of the Coast |
| 326 | VA 824-801 | [Magic, The Gathering--Homelands--Italian] | Homelands - Italian | 31 | Wizards of the Coast |
| 327 | VA 833-297 | Magic, The Gathering. | Magic the Gathering - 4th edition - Portugese | 31 | Wizards of the Coast |
| 328 | VA 838-076 | Magic, the Gathering :Italian language Ice Age /illus. Drew Tucker, Amy Weber, Rick Emond ... [et al.] | Ice Age - German and Italian | 31 | Wizards of the Coast |
| 329 | VA 838-087 | Magic, the Gathering :Italian language Ice Age /illus. Drew Tucker, Amy Weber, Rick Emond ... [et al.] | Ice Age - Italian | 31 | Wizards of the Coast |
| 330 | VA 875-746 | Magic--the Gathering. | Weatherlight - Italian | 31 | Wizards of the Coast |
| 331 | VA 876-637 | Weatherlight :French. | Weatherlight - French | 31 | Wizards of the Coast |
| 332 | VA 876-647 | Weatherlight :Portuguese. | Weatherlight - Portugese | 31 | Wizards of the Coast |
| 333 | VA 883-303 | Magic the gathering /ill. Douglas Shuler, Dan Frazier, Anson Maddocks ... [et al.] | Magic the Gathering - 4th Edition - Spanish | 31 | Wizards of the Coast |
| 334 | VA 884-751 | Magic, the Gathering--deckmaster. | Magic the Gathering - 5th Edition - Italian | 31 | Wizards of the Coast |
| 335 | VA 884-753 | Magic the Gathering--deckmaster. | Magic the Gathering - Weatherlight - German | 31 | Wizards of the Coast |
| 336 | VA 884-811 | Magic :The Gathering. | Alliances - Italian | 31 | Wizards of the Coast |
| 337 | VA 884-812 | Magic :The Gathering. | 5th Edition - German | 31 | Wizards of the Coast |
| 338 | VA 886-704 | Magic, the Gathering :deckmaster /illus. Heather Hudson, Susan VanCamp, Christopher Rush ... [et al.] | Alliance - Spanish | 31 | Wizards of the Coast |
| 339 | VA 919-285 | Magic--the Gathering. | Mirage - Italian | 31 | Wizards of the Coast |
| 340 | VA 919-286 | Magic--the Gathering. | Renaissance - German | 31 | Wizards of the Coast |
| 341 | VA 944-220 | Mirage. | Mirage - Spanish | 31 | Wizards of the Coast |
| 342 | VA 999-460 | Portal--three kingdoms. | Portal Three Kingdoms - EN Translation | 31 | Wizards of the Coast |
| 343 | VA 999-461 | [Portal--3 kingdoms] | Portal Three Kingdoms - EN Translation | 31 | Wizards of the Coast |