AO 120 (Rev. 08/10)

| TO: | |
|---|---|
| **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Western District of Washington (Seattle) on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | | Western District of Washington (Seattle) |

| PLAINTIFF | DEFENDANT |
|---|---|
| Wizards of the Coast LLC | Ryan James Dunn; the Additional Defendants Identified in Appendix A to the Complaint; and John Does No. XX-100 |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 1,779,746 | 6/29/1993 | Wizards of the Coast LLC |
| 2 2,130,886 | 1/20/1998 | Wizards of the Coast LLC |
| 3 3,188,554 | 12/26/2006 | Wizards of the Coast LLC |
| 4 3,188,555 | 12/26/2006 | Wizards of the Coast LLC |
| 5 See Sched. A | See Sched. A | Wizards of the Coast LLC - all 30 registrations listed on attached Schedule A |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director** **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director** **Copy 4—Case file copy**

Print Save As... Reset

# SCHEDULE A TO FORM AO 120

Wizards of the Coast LLC v. Ryan James Dunn, et al. (W.D. Wash., Seattle Division)
U.S. Trademark Registrations Involved in the Action (Complaint ¶ 241 & Exhibits 1–30)

| No. | U.S. Reg. No. | Date of Registration | Mark | Int'l Class(es) | Holder of Trademark | Compl. Ex. |
|---|---|---|---|---|---|---|
| 1 | 1,779,746 | 6/29/1993 | WIZARDS OF THE COAST (word mark) | 28 | Wizards of the Coast LLC | Ex. 1 |
| 2 | 2,130,886 | 1/20/1998 | WIZARDS OF THE COAST (word mark) | 9, 28, 41 | Wizards of the Coast LLC | Ex. 2 |
| 3 | 3,188,554 | 12/26/2006 | WIZARDS OF THE COAST & Design | 16 | Wizards of the Coast LLC | Ex. 3 |
| 4 | 3,188,555 | 12/26/2006 | WIZARDS OF THE COAST & Design | 28 | Wizards of the Coast LLC | Ex. 4 |
| 5 | 6,630,565 | 1/25/2022 | WIZARDS OF THE COAST (stylized) | 9 | Wizards of the Coast LLC | Ex. 5 |
| 6 | 6,630,566 | 1/25/2022 | WIZARDS OF THE COAST (stylized) | 16 | Wizards of the Coast LLC | Ex. 6 |
| 7 | 6,630,567 | 1/25/2022 | WIZARDS OF THE COAST (stylized) | 28 | Wizards of the Coast LLC | Ex. 7 |
| 8 | 7,075,959 | 6/6/2023 | WIZARDS OF THE COAST (stylized) | 41 | Wizards of the Coast LLC | Ex. 8 |
| 9 | 1,969,759 | 4/23/1996 | Design (three circles) | 16, 28 | Wizards of the Coast LLC | Ex. 9 |
| 10 | 1,919,923 | 9/19/1995 | MAGIC THE GATHERING (word mark) | 28 | Wizards of the Coast LLC | Ex. 10 |
| 11 | 2,834,808 | 4/20/2004 | MAGIC THE GATHERING (word mark) | 9, 41 | Wizards of the Coast LLC | Ex. 11 |
| 12 | 4,372,679 | 7/23/2013 | MAGIC THE GATHERING (word mark) | 9 | Wizards of the Coast LLC | Ex. 12 |
| 13 | 4,383,290 | 8/13/2013 | MAGIC THE GATHERING (word mark) | 41 | Wizards of the Coast LLC | Ex. 13 |
| 14 | 5,045,728 | 9/20/2016 | MAGIC THE GATHERING (word mark) | 28 | Wizards of the Coast LLC | Ex. 14 |
| 15 | 5,191,296 | 4/25/2017 | MAGIC THE GATHERING (word mark) | 28 | Wizards of the Coast LLC | Ex. 15 |
| 16 | 5,675,300 | 2/12/2019 | MAGIC THE GATHERING & Planeswalker Design | 28 | Wizards of the Coast LLC | Ex. 16 |
| 17 | 5,675,348 | 2/12/2019 | MAGIC THE GATHERING & Planeswalker Design | 41 | Wizards of the Coast LLC | Ex. 17 |
| 18 | 5,945,635 | 12/24/2019 | MAGIC & Planeswalker Design | 9 | Wizards of the Coast LLC | Ex. 18 |
| 19 | 6,019,842 | 3/24/2020 | MAGIC & Planeswalker Design | 28 | Wizards of the Coast LLC | Ex. 19 |
| 20 | 6,031,091 | 4/7/2020 | MAGIC & Planeswalker Design | 41 | Wizards of the Coast LLC | Ex. 20 |
| 21 | 6,411,744 | 7/6/2021 | MAGIC & Planeswalker Design | 41 | Wizards of the Coast LLC | Ex. 21 |
| 22 | 5,317,915 | 10/24/2017 | Planeswalker Symbol (design) | 9 | Wizards of the Coast LLC | Ex. 22 |
| 23 | 5,643,885 | 1/1/2019 | Planeswalker Symbol (design) | 28 | Wizards of the Coast LLC | Ex. 23 |
| 24 | 5,546,136 | 8/21/2018 | Planeswalker Symbol (design) | 41 | Wizards of the Coast LLC | Ex. 24 |
| 25 | 5,466,075 | 5/8/2018 | Planeswalker Symbol with "25" (design) | 28 | Wizards of the Coast LLC | Ex. 25 |
| 26 | 4,698,054 | 3/10/2015 | Stylized Sun (white mana symbol) | 28 | Wizards of the Coast LLC | Ex. 26 |
| 27 | 4,447,983 | 12/10/2013 | Stylized Water Drop (blue mana symbol) | 28 | Wizards of the Coast LLC | Ex. 27 |
| 28 | 4,447,982 | 12/10/2013 | Stylized Oak Tree (green mana symbol) | 28 | Wizards of the Coast LLC | Ex. 28 |
| 29 | 4,447,981 | 12/10/2013 | Stylized Skull (black mana symbol) | 28 | Wizards of the Coast LLC | Ex. 29 |
| 30 | 4,447,980 | 12/10/2013 | Stylized Flame (red mana symbol) | 28 | Wizards of the Coast LLC | Ex. 30 |